# CRIMINAL COVERSHEET

DEFENDANT'S NAME: **Stanley Richard Walton**

JUVENILE: No
PUBLIC or SEALED Public
SERVICE TYPE: Summons
(Summons/ Warrant/ Notice)
ISSUE: Yes
INTERPRETER: No
If YES, language:

CASE INFORMATION:

RELATED COMPLAINT:
CASE NUMBER:

County of Offense: Bannock

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Information**

Felony: **No**

Class A Misdemeanor: **Yes**

Class B or C Misdemeanor:
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 611** | **ONE** | **Voting by Alien** | **Up to 1 year imprisonment, $100,000.00 fine, and 1 year supervised release** |

Date: October 7, 2026

Assistant U.S. Attorney: CAMERON W. MCALISTER
Telephone No.: (208) 478-4166